

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00152-CR
No. 07-20-00153-CR

_____

## EX PARTE CHRISTOPHER MCMANUS

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court Nos. 12,053 & 12,099; Honorable Dan Mike Bird, Presiding

August 27, 2020

## ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Christopher McManus, appeals from the trial court's orders denying his pretrial applications for writs of habeas corpus. We remand the causes for further proceedings.

Appellant is represented by retained counsel. The appellate record was due on July 7, 2020. The clerk's record has been filed in each cause, but the reporter's record has not been filed because Appellant has not requested preparation or made payment arrangements for the reporter's record. See TEX. R. APP. P. 35.3(b)(2), (3). By letter of

July 20, 2020, we directed Appellant to request preparation and make payment arrangements for the reporter's records by July 30, or we would abate the appeals and remand the causes to the trial court for further proceedings.  To date, Appellant has not requested preparation or paid for the reporter's record and has had no further communication with this court.

Accordingly, we abate the appeals and remand the causes to the trial court for further proceedings. TEX. R. APP. P. 20.2, 37.3(a)(2).  Upon remand, the trial court shall utilize whatever means it finds necessary to determine the following:

(1)     whether Appellant still desires to prosecute the appeals;

(2)     whether Appellant is entitled to have the reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2; and

(3)     if Appellant is not entitled to have the reporter's record furnished without charge, the date Appellant will make acceptable payment arrangements for the reporter's record.

The trial court shall execute findings of fact, conclusions of law, and any necessary orders addressing the foregoing subjects.  The trial court shall also cause to be developed (1) a clerk's record containing the findings of fact, conclusions of law, and any necessary orders, and, if requested by Appellant, (2) a reporter's record transcribing the evidence and argument presented at any hearing held. The trial court shall cause the hearing record to be filed with the clerk of this court on or before September 25, 2020.

It is so ordered.

Per Curiam

Do not publish.